UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br><br>Plaintiff<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:15-cv-01399-DSF-GJS<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all pleadings and documents filed in this action, the Report and Recommendation of the United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been made and finds them to be unpersuasive. Having completed its review, the Court accepts the Report with one exception, namely, the dismissal of this action should be without prejudice.

**IT IS THERFORE ORDERED** that (1) Defendants' Motion for Summary Judgment (Dkt. 154) is GRANTED; and (2) Judgment will be entered dismissing this action without prejudice.

DATED: June 26, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE