# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND, <br> Plaintiff <br> v. <br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., <br> Defendants. | Case No. 2:15-cv-01399-DSF (GJS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATED: June 26, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE